IN THE CIRCUIT COURT OF THE 20TH JUDICIAL CIRCUIT, IN AND FOR
LEE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION
CASE NO.:

ASHLEY DELLABITTA,

   *Plaintiff*,

vs.

SCOTTSDALE INSURANCE COMPANY,

   *Defendant*,

_____/

## COMPLAINT

Plaintiff, ASHLEY DELLABITTA, by and through undersigned counsel sues the Defendant, SCOTTSDALE INSURANCE COMPANY, and alleges:

## JURISDICTIONAL ALLEGATIONS

1. This is an action for damages for greater than $50,000.00, exclusive of interest, costs, and attorney's fees.

2. At all times material hereto, Plaintiff was and is a resident of LEE County, Florida, and is otherwise sui juris.

3. At all material times hereto, Plaintiff owned the property insured by Defendant located at 4827 Pine Island Rd. NW, Matlacha, Florida 33993 (the "Property").

4. The policy of insurance sued upon was issued by Defendant to Plaintiff in LEE County, Florida.

5. Jurisdiction and venue are proper in LEE County, Florida.

**GENERAL ALLEGATIONS**

6. In consideration for the premiums paid to it, prior to September 28, 2022, Defendant issued an insurance policy number, DFS3940283, to Plaintiff for Plaintiff's property located at 4827 Pine Island Rd. NW, Matlacha, Florida 33993 in LEE County, Florida (the "Policy"). A true and correct copy of the Policy is not in the possession of Plaintiff, but is in the care, custody, and control of Defendant. The Policy will be produced during discovery and will be filed by Plaintiff after receipt from the Defendant.

7. The Policy issued by Defendant included coverage for dwelling, other structures, personal property, and loss of use suffered by Plaintiff.

8. At all times material hereto, including on September 28, 2022, the date of loss, the Policy was in full force and effect.

9. Defendant's policy for the building and other structures portions of the Policy is an "all risk" policy that covers all direct physical losses to the Property that are not otherwise expressly excluded.

10. All conditions precedent to obtaining payment of insurance benefits under the Policy have been complied with, met, or waived.

11. At all times material hereto, Defendant was not immune from liability for breach of contract pertaining to insurance coverage.

**COUNT I – BREACH OF CONTRACT**

12. Plaintiff adopts and realleges the allegations contained in paragraphs 1 through 11 above.

13. This is a cause of action for breach of contract arising out of an insurance Policy that was in effect at the time of the loss to the insured Property.

14. On or about September 28, 2022, Plaintiff's property was damaged by Hurricane Ian, a covered loss (the "Loss").

15. The September 28, 2022 Loss caused Plaintiff to suffer economic damage to their property, including physical loss to dwelling, contents, and loss of use, and Plaintiff to suffer such damages. *See Estimate of Damage, attached as Exhibit "A."*

16. Plaintiff gave timely notice of the Loss and resulting damage to Defendant and/or its authorized agents, employees, or representatives.

17. Defendant responded to the Loss by assigning claim number 02107345 (the "Claim").

18. Defendant was afforded the opportunity to fully inspect the Loss, investigate the cause of the Loss, and quantify the amount of the Loss.

19. Defendant did inspect the Loss and Property in its investigation of the Claim.

20. Defendant continues to refuse to pay the full amount of Plaintiff's covered Loss, despite Plaintiff's demands for full payment.

21. Plaintiff has been damaged as a result of Defendant's breach in the form of insurance benefits due and owing, plus interest, costs, and attorney's fees.

22. Plaintiff has retained the undersigned counsel to prosecute this action and is obligated to pay the undersigned counsel a reasonable attorney's fee.

23. Plaintiff is entitled to recover reasonable attorney's fees from Defendant pursuant to Fla. Stat. Section 627.428, or in the alternative Fla. Stat. Section 626.9373, or any other applicable attorney's fees statute.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages together with interest, costs, and attorney's fees, and for such further relief this court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff herein demands a trial by jury of all issues so triable.

**CERTIFICATE**

THIS COMPLAINT IS DATED AND SIGNED July 31, 2023 and was filed by:

                                                        INSURANCE LITIGATION GROUP, P.A.
                                                        *Attorney for Plaintiff*
                                                        1500 N.E. 162nd Street
                                                        Miami, Florida 33162
                                                        Telephone:   (786) 529-0090
                                                        Facsimile:    (866) 239-9520
                                                        E-Mail: service@ILGPA.COM

By:    /s/ Vanessa Didier
           VANESSA DIDIER, ESQ.
           FL Bar No. 125383
           STEVEN LLARENA, ESQ.
           FL Bar No. 86512

# Exhibit A

Contents of Home - 4827 Pine Island Road NW • Matlacha, FL 33993

|  | Qty. | Unit Cost | Total Cost |
|---|---|---|---|
| **Hall** | | | |
| Nautical key rack | 1 | $35.00 | $35.00 |
| Nautical hat rack - large | 1 | $120.00 | $120.00 |
| Nautical light covers | 2 | $20.00 | $40.00 |
| Runner / rug - 2" x 7" | 2 | $80.00 | $160.00 |
| Doormat x 2 | 2 | $25.00 | $50.00 |
| Nautical Sign - 18" x 24" | 1 | $40.00 | $40.00 |
|  |  |  | **$445.00** |
| **Laundry Room** | | | |
| Washing Machine | 1 | $750.00 | $750.00 |
| Dryer | 1 | $750.00 | $750.00 |
| Nautical Mirror - Full length | 1 | $80.00 | $80.00 |
| Vanity with Sink & Mirror | 1 | $500.00 | $500.00 |
| Cleaning supplies | 1 | $150.00 | $150.00 |
| Lightbulbs | 1 | $50.00 | $50.00 |
| Batteries | 1 | $60.00 | $60.00 |
| Shark vacuum | 1 | $350.00 | $350.00 |
| Bona mop | 1 | $40.00 | $40.00 |
| Broom w/ dust pan | 1 | $30.00 | $30.00 |
| Dewalt power drill & tool box | 1 | $250.00 | $250.00 |
| Ironing board | 1 | $40.00 | $40.00 |
| Iron | 1 | $40.00 | $40.00 |
| Area rug - 8' x 10' | 1 | $120.00 | $120.00 |
| Large Glazed Pottery vase | 1 | $200.00 | $200.00 |
| 6' majesty palm tree | 1 | $250.00 | $250.00 |
| Nautical wall decor - 24" x 36" | 1 | $68.00 | $68.00 |
| Window blinds | 1 | $80.00 | $80.00 |
| Wall rack with hooks | 1 | $32.00 | $32.00 |
| Decorative switch plate | 1 | $24.00 | $24.00 |
| Paper towel supply | 1 | $25.00 | $25.00 |
| Toilet paper supply | 1 | $30.00 | $30.00 |
| Detergent stock | 1 | $30.00 | $30.00 |
|  |  |  | **$3,949.00** |
| **Bedroom #1** | | | |
| Wooden bunk bed frames | 2 | $800.00 | $1,600.00 |
| Twin Mattress | 4 | $200.00 | $800.00 |
| Linen sets & comforters - Twin | 8 | $60.00 | $480.00 |
| Pillows | 8 | $20.00 | $160.00 |
| Throw Blankets | 4 | $40.00 | $160.00 |
| Throw Pillows | 9 | $30.00 | $270.00 |
| Nautical arm chair | 1 | $350.00 | $350.00 |

1

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Nautical side table w/ shelves | 1 | $120.00 | $120.00 |
| Metal fish wall art | 3 | $75.00 | $225.00 |
| Area rug - 8' x 10' | 1 | $120.00 | $120.00 |
| Coral sculpture | 1 | $40.00 | $40.00 |
| TV Wall mount | 1 | $80.00 | $80.00 |
| 44" Television | 1 | $400.00 | $400.00 |
| Decorative full length mirror | 1 | $80.00 | $80.00 |
| Decorative floor lamp | 1 | $120.00 | $120.00 |
| Velvet Hanger sets | 2 | $25.00 | $50.00 |
| Window blinds | 2 | $80.00 | $160.00 |
| Nautical table lamp | 1 | $45.00 | $45.00 |
| Octopus wall chalk board | 1 | $40.00 | $40.00 |
| Alexa Echo Show | 1 | $180.00 | $180.00 |
| Pedestal Fan with Remote | 1 | $120.00 | $120.00 |
| Stainless small garbage can | 1 | $30.00 | $30.00 |
|  |  |  | **$5,630.00** |
| **Bedroom #2 (Master)** |  |  |  |
| Queen bed frame - vintage | 1 | $750.00 | $750.00 |
| Queen mattress & box spring | 1 | $800.00 | $800.00 |
| Linen sets & comforters - Queen | 4 | $80.00 | $320.00 |
| Pillows | 8 | $20.00 | $160.00 |
| Throw Blankets | 2 | $40.00 | $80.00 |
| Throw Pillows | 4 | $30.00 | $120.00 |
| Velvet Hanger sets | 2 | $25.00 | $50.00 |
| Area rug - 8' x 10' | 1 | $120.00 | $120.00 |
| Mermaid sculpture | 1 | $60.00 | $60.00 |
| Wall art prints framed - 12" x 16" | 3 | $40.00 | $120.00 |
| 44" Television | 1 | $400.00 | $400.00 |
| Decorative Glass console table | 1 | $450.00 | $450.00 |
| Large White Pottery vase | 1 | $150.00 | $150.00 |
| Artificial 5' banjo fig tree | 1 | $360.00 | $360.00 |
| Velvet Hanger sets | 2 | $25.00 | $50.00 |
| Window blinds | 2 | $80.00 | $160.00 |
| Mermaid table lamp | 1 | $75.00 | $75.00 |
| Wall rack with hooks - Decorative | 1 | $60.00 | $60.00 |
| Nautical Mirror | 1 | $120.00 | $120.00 |
| Alexa Echo Show | 1 | $180.00 | $180.00 |
| Large Woven Basket - Blankets | 1 | $80.00 | $80.00 |
| Pedestal Fan with Remote | 1 | $120.00 | $120.00 |
| Decorative floor lamp | 1 | $140.00 | $140.00 |
| Wooden Storage Chest | 1 | $450.00 | $450.00 |
| Metal wall art - mermaid | 1 | $180.00 | $180.00 |
| Decorative string lights | 1 | $80.00 | $80.00 |
| White small garbage can | 1 | $30.00 | $30.00 |
|  |  |  | **$5,665.00** |

2

| Living Room | | | |
|---|---|---|---|
| Window blinds | 2 | $80.00 | $160.00 |
| Throw Blankets | 3 | $40.00 | $120.00 |
| Pine Island Throw Blanket | 1 | $120.00 | $120.00 |
| Throw Pillows | 4 | $30.00 | $120.00 |
| Area rug - 8' x 10' | 1 | $120.00 | $120.00 |
| Runner / rug - 2" x 7" | 1 | $80.00 | $80.00 |
| Leather Couch - 82" | 1 | $3,000.00 | $3,000.00 |
| Leather Reclining Chair | 2 | $1,200.00 | $2,400.00 |
| Original Painting - Mermaid 36" x 48" framed | 1 | $850.00 | $850.00 |
| Framed Beach Print 36" x 48" | 1 | $450.00 | $450.00 |
| 65" Television | 1 | $700.00 | $700.00 |
| Decorative console table - anchor | 1 | $450.00 | $450.00 |
| Decorative coffee table - glass | 1 | $350.00 | $350.00 |
| Wooden tiered shoe rack | 1 | $225.00 | $225.00 |
| Large candle stick w/ candle | 2 | $70.00 | $140.00 |
| Mini Refrigerator | 1 | $180.00 | $180.00 |
| Woven basket (snacks) | 1 | $40.00 | $40.00 |
| Wood Matlacha Wall art | 1 | $60.00 | $60.00 |
| Wood Matlacha Sign | 1 | $45.00 | $45.00 |
| Large Woven Basket - Blankets | 1 | $80.00 | $80.00 |
| Woven Ottoman | 1 | $120.00 | $120.00 |
| Decorative floor lamp | 1 | $200.00 | $200.00 |
| Large White Pottery vase | 1 | $150.00 | $150.00 |
| Artificial 6' royal palm tree | 1 | $250.00 | $250.00 |
| Decorative canoe paddle | 1 | $75.00 | $75.00 |
| Xfinity cable box | 1 | $200.00 | $200.00 |
| | | | **$10,685.00** |
| | | | |
| **Front Room** | | | |
| Dinette Table & 2 Benches | 1 | $600.00 | $600.00 |
| Convertible couch / Queen bed | 1 | $800.00 | $800.00 |
| Queen mattress | 1 | $300.00 | $300.00 |
| Window blinds | 5 | $80.00 | $400.00 |
| Throw Blankets | 2 | $40.00 | $80.00 |
| Throw Pillows | 4 | $30.00 | $120.00 |
| Area rug - 5' x 7' | 1 | $90.00 | $90.00 |
| Wood wall art - 18" x 24" | 2 | $60.00 | $120.00 |
| Large canvas print - 24" x 36" | 1 | $80.00 | $80.00 |
| Glass Table Bowl | 1 | $40.00 | $40.00 |
| Decorative runner | 1 | $30.00 | $30.00 |
| Misc. Book Collection | 1 | $200.00 | $200.00 |
| Misc. Game Collection | 1 | $200.00 | $200.00 |
| Wooden toy box | 1 | $100.00 | $100.00 |
| Misc. Toy Collection | 1 | $150.00 | $150.00 |
| Shelving | 1 | $200.00 | $200.00 |

3

|  |  |  | $3,510.00 |
|---|---|---|---|
| **Bathroom** |  |  |  |
| Shower Curtain | 1 | $40.00 | $40.00 |
| Shower Rod | 1 | $30.00 | $30.00 |
| Vanity with Sink & Drawers | 1 | $800.00 | $800.00 |
| Medicine Cabinet with lights | 1 | $200.00 | $200.00 |
| Toilet (Brand new) | 1 | $300.00 | $300.00 |
| Tub / Shower Combo | 1 | $6,000.00 | $6,000.00 |
| Bathroom mats | 4 | $30.00 | $120.00 |
| Bathroom Bath Towels | 20 | $15.00 | $300.00 |
| Bathroom Hand Towels | 12 | $7.00 | $84.00 |
| Bathroom Wash cloth | 12 | $5.00 | $60.00 |
| Towel bar - chrome | 1 | $40.00 | $40.00 |
| Wall rack with hooks | 1 | $30.00 | $30.00 |
| Decorative soap dispenser | 1 | $25.00 | $25.00 |
| Decorative toothbrush holder | 1 | $25.00 | $25.00 |
| Stainless small garbage can | 1 | $30.00 | $30.00 |
|  |  |  | $8,084.00 |
|  |  |  |  |
| **Kitchen** |  |  |  |
| Refridgerator | 1 | $1,800.00 | $1,800.00 |
| Electric Stove | 1 | $1,200.00 | $1,200.00 |
| Microwave | 1 | $250.00 | $250.00 |
| Toaster | 1 | $80.00 | $80.00 |
| Keurig Machine | 1 | $160.00 | $160.00 |
| Cappuccino Maker | 1 | $200.00 | $200.00 |
| Alexa Echo Show | 1 | $180.00 | $180.00 |
| Dish set | 2 | 70 | $140.00 |
| Dish set - melanime | 2 | 30 | $60.00 |
| Cutlery set | 2 | 40 | $80.00 |
| Glass drinking cups | 2 | 35 | $70.00 |
| Plastic drinking cups | 2 | 20 | $40.00 |
| Utensil set | 2 | 40 | $80.00 |
| Pot & Pan set | 1 | 220 | $220.00 |
| Dish Towels | 12 | $7.00 | $84.00 |
| Bakeware set | 1 | $80.00 | $80.00 |
| Mug set | 2 | $25.00 | $50.00 |
| Nautical Cabinet pulls | 1 | $250.00 | $250.00 |
| Table cloths | 2 | $25.00 | $50.00 |
| Knife set | 1 | $75.00 | $75.00 |
| Lobster pot / steamer | 1 | $200.00 | $200.00 |
| Stainless Garage can | 1 | $80.00 | $80.00 |
| Yeti road cooler | 1 | $250.00 | $250.00 |
| Glass canisters | 3 | $20.00 | $60.00 |
| Metal fruit basket - 3 tier | 1 | $80.00 | $80.00 |
| Wood wall art | 2 | $35.00 | $70.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Wood sign - hand painted | 1 | $75.00 | $75.00 |
| Runner / rug - 2" x 7" | 1 | $80.00 | $80.00 |
| 36" wood shelf | 1 | $40.00 | $40.00 |
| Nautical sculptures | 3 | $20.00 | $60.00 |
| Large candles | 3 | $25.00 | $75.00 |
| Kitchen Cabnients | 1 | $5,000.00 | $5,000.00 |
| Oven mits | 4 | $15.00 | $60.00 |
| Can opener | 1 | $20.00 | $20.00 |
| Wine opener | 1 | $20.00 | $20.00 |
| Curtains | 1 | $40.00 | $40.00 |
| Deluxe First aid kit | 1 | $80.00 | $80.00 |
| Binoculars | 1 | $200.00 | $200.00 |
| Wood Bird sculpture | 2 | $20.00 | $40.00 |
| Tool & Nail set | 1 | $30.00 | $30.00 |
| Drinking Water Cooler | 1 | $200.00 | $200.00 |
| | | | **$11,909.00** |
| **Sunroom** | | | |
| Oversized blinds | 3 | $120.00 | $360.00 |
| Vintage Leather arm chair | 1 | $1,600.00 | $1,600.00 |
| Art Easel | 1 | $120.00 | $120.00 |
| Art Brushes & Paint | 1 | $100.00 | $100.00 |
| Large Glazed Pottery vase | 1 | $200.00 | $200.00 |
| 6' majesty palm tree | 1 | $250.00 | $250.00 |
| Wood sign - hand painted | 1 | $75.00 | $75.00 |
| Matlacha Pillow | 1 | $40.00 | $40.00 |
| Pine Island framed map - 24" x 36" | 1 | $250.00 | $250.00 |
| Wall art - anchor metal | 1 | $40.00 | $40.00 |
| Decorative buoy | 3 | $30.00 | $90.00 |
| Nautical floor lamp | 1 | $120.00 | $120.00 |
| Soda & Drink stock | 1 | $120.00 | $120.00 |
| Snack stock | 1 | $200.00 | $200.00 |
| Paper good stock | 1 | $80.00 | $80.00 |
| Condiment stock | 1 | $50.00 | $50.00 |
| Toiletrie stock | 1 | $200.00 | $200.00 |
| Holiday Decor | 1 | $1,200.00 | $1,200.00 |
| Storage Totes w/ lid - clear | 12 | $20.00 | $240.00 |
| Storage Baskets - Large | 12 | $20.00 | $240.00 |
| Wicker storage bench | 1 | $300.00 | $300.00 |
| Beach Towels | 12 | $20.00 | $240.00 |
| Beach Chairs - Adult | 2 | $40.00 | $80.00 |
| Beach Chairs - Kids | 2 | $20.00 | $40.00 |
| | | | **$6,235.00** |
| **Exterior- Back & Front & Side of House** | | | |
| Digital Lock Box | 1 | $120.00 | $120.00 |
| Outdoor Dining Table & 8 Chairs | 1 | $1,500.00 | $1,500.00 |

| | | | |
|---|---|---|---|
| Outdoor Gas Grill / Griddle | 1 | $1,200.00 | $1,200.00 |
| Propane Tank | 1 | $75.00 | $75.00 |
| Hammock with Stand | 1 | $250.00 | $250.00 |
| Edison String Lights | 1 | $120.00 | $120.00 |
| 16' Row boat - Aluminum | 1 | $2,200.00 | $2,200.00 |
| Double Kayak | 1 | $1,050.00 | $1,050.00 |
| Kayak Paddles | 2 | $100.00 | $200.00 |
| Bote stand up paddle board - 10' | 1 | $1,600.00 | $1,600.00 |
| Ploywood Adirondack Chairs | 2 | 400 | $800.00 |
| Glass side tables | 2 | 40 | $80.00 |
| Lounge Chairs | 2 | 80 | $160.00 |
| Outdoor Pillows | 10 | 30 | $300.00 |
| Outdoor Cushions | 8 | 30 | $240.00 |
| Large Lanterns | 2 | 60 | $120.00 |
| Beach cruiser bicycles | 2 | $400.00 | $800.00 |
| Storage Bench - Outdoor | 1 | $200.00 | $200.00 |
| Large Crab Metal Decor | 1 | 350 | $350.00 |
| Large Fish Metal Decor | 1 | 250 | $250.00 |
| Metal Flamingo Sculpture | 1 | 100 | $100.00 |
| Ceramic Hanging Starfish | 2 | 50 | $100.00 |
| Decorative Mailbox - Carved wood | 1 | 500 | $500.00 |
| Decorative Ceramic Planters - Large | 4 | 120 | $480.00 |
| Palm plants | 4 | 40 | $160.00 |
| Decorative Ceramic Planter - XLarge | 1 | 200 | $200.00 |
| 8' Coconut Palm tree | 1 | 250 | $250.00 |
| Concrete Dolphin sculpture - 5' | 1 | 500 | $500.00 |
| American flag with pole | 1 | 70 | $70.00 |
| Extension ladder - 16' aluminum | 1 | 280 | $280.00 |
| Air Conditioning Unit | 1 | 5500 | $5,500.00 |
| Hot Water Heater | 1 | 2000 | $2,000.00 |
| Doormat x 2 | 2 | $25.00 | $50.00 |
| Outdoor rugs - 8' x 10' | 2 | $120.00 | $240.00 |
| | | | **$22,045.00** |
| | | | |
| **Shed** | | | |
| Charcoal Grill | 1 | $200.00 | $200.00 |
| Extra Propane Tanks | 2 | $75.00 | $150.00 |
| Yeti cooler - Tundra 75 | 1 | $450.00 | $450.00 |
| Drill set | 1 | $250.00 | $250.00 |
| Chainsaw - stihl | 1 | $350.00 | $350.00 |
| Hose with storage | 1 | $225.00 | $225.00 |
| Outdoor commercial fan | 1 | $200.00 | $200.00 |
| Anchor | 1 | $120.00 | $120.00 |
| Trolling Motor | 1 | $1,400.00 | $1,400.00 |
| Large net | 1 | $50.00 | $50.00 |
| Yeti 5 gal buckets | 2 | $40.00 | $80.00 |

| Item | Qty | Unit Price | Total |
|---|---|---|---|
| Life Jackets | 6 | $40.00 | $240.00 |
| Life Jackets - Kids | 2 | $35.00 | $70.00 |
| Plastic Adirondack chairs | 4 | $35.00 | $140.00 |
| Plastic Adirondack chairs - kids | 2 | $25.00 | $50.00 |
| Kids deluxe water table | 1 | $120.00 | $120.00 |
| Kids pool | 1 | $40.00 | $40.00 |
| Beach / Water toys | 1 | $100.00 | $100.00 |
| Gardening Tools | 1 | $50.00 | $50.00 |
| Fishing Poles - Rod & Reel | 4 | $70.00 | $280.00 |
| Saltwater Fishing Poles - Rod & Reel | 2 | $160.00 | $320.00 |
| Tackle Box & supplies | 1 | $200.00 | $200.00 |
| Bait bubbler | 1 | $50.00 | $50.00 |
| Bait Buckets | 2 | $20.00 | $40.00 |
| Styrofoam coolers | 2 | $20.00 | $40.00 |
| Green light for fishing | 1 | $200.00 | $200.00 |
| Extension cords | 2 | $50.00 | $100.00 |
| Garden hose with spray | 2 | $40.00 | $80.00 |
| Rake | 1 | $30.00 | $30.00 |
| Shovel | 1 | $30.00 | $30.00 |
| Folding Beach Wagon | 1 | $350.00 | $350.00 |
| Beach umbrella | 1 | $50.00 | $50.00 |
| Beach blanket | 2 | $30.00 | $60.00 |
| Watering cans | 2 | $25.00 | $50.00 |
| Milwaukee Radio | 1 | $260.00 | $260.00 |
| Milwaukee Flashlight | 1 | $120.00 | $120.00 |
| Milwaukee 2 Batteries & Charger | 1 | $200.00 | $200.00 |
|  |  |  | **$6,745.00** |
|  |  |  |  |
| **TOTAL** |  |  | **$84,902.00** |

7

| Rental - 4827 Pine Island Road NW • Matlacha, FL 33993 |
|---|---|---|---|---|---|---|
| Check In | Check Out | # Nights | Source | Customer Name | Amount | |
| 2/2/2022 | 2/6/22 | 4 | Air BnB | Jack Holmes | $1,305.62 | |
| 2/9/2022 | 2/12/22 | 3 | VRBO | Craig & Amy Langer | $963.24 | |
| 2/12/22 | 2/15/22 | 3 | Air BnB | James Liotta | $1,015.59 | |
| 2/16/222 | 2/20/22 | 4 | VRBO | Pollyann Camery | $1,018.26 | |
| 2/20/222 | 2/24/22 | 4 | VRBO | Toni Ordway | $1,018.26 | |
| 2/24/22 | 2/26/22 | 2 | Air BnB | James Cimms | $725.56 | |
| 2/26/222 | 3/5/22 | 7 | VRBO | Troy Geer | $1,672.16 | |
| 3/5/2022 | 3/9/22 | 4 | Air BnB | Rosaline O'Brien | $1,328.90 | |
| 3/9/2022 | 3/10/2022 | 1 | Air BnB | Jeannie Harper | $435.53 | |
| 3/10/22 | 3/13/22 | 3 | Air BnB | William Sawyer | $1,015.59 | |
| 3/13/22 | 3/16/22 | 3 | Air BnB | Kory Garelman | $1,075.73 | |
| 3/16/2022 | 3/20/22 | 4 | VRBO | Nick Camene | $1,325.34 | |
| 3/23/2022 | 3/27/22 | 4 | VRBO | Shawn Marlow | $1,238.32 | |
| 3/28/2022 | 3/30/22 | 2 | Air BnB | Matthew Thompson | $764.36 | |
| 3/30/2022 | 4/2/22 | 3 | VRBO | Jenni Flanagan | $959.63 | |
| 4/2/2022 | 4/6/2022 | 4 | VRBO | Omar Aponte | $1,233.68 | |
| 4/6/2022 | 4/10/2022 | 4 | Air BnB | Krista Carlson | $1,111.62 | |
| 4/8/2022 | 4/11/2022 | 3 | VRBO | Bob Cox | $478.06 | |
| 4/19/2022 | 4/21/2022 | 2 | Air BnB | Laila Starr | $725.56 | |
| 4/21/2022 | 4/24/22 | 3 | VRBO | Curtis Ayer | $822.15 | |
| 4/25/2022 | 5/2/2022 | 7 | Air BnB | Jennifer Zibilich | $2,175.71 | |
| 5/5/2022 | 5/13/2022 | 8 | Air BnB | Rebekah Fedrowitz | $1,932.24 | |
| 5/13/2022 | 5/16/22 | 3 | Air BnB | Nana Kobayashi | $1,015.59 | |
| 5/16/2022 | 5/20/2022 | 4 | Air BnB | Judith Gedris | $1,087.37 | |
| 5/20/2022 | 5/22/2022 | 2 | Air BnB | Emily Tolzien | $776.00 | |
| 5/23/2022 | 5/27/2022 | 4 | Air BnB | Vanessa Piccola | $1,305.62 | |
| 5/27/2022 | 5/31/22 | 4 | VRBO | Emily Roth | $1,266.68 | |
| 5/31/2022 | 6/2/2022 | 2 | VRBO | Laurie Bauer | $424.71 | |
| 6/8/2022 | 6/11/2022 | 3 | VRBO | Elizabeth Crouch | $756.16 | |
| 6/11/2022 | 6/13/2022 | 2 | VRBO | Marcella Holiway | $527.02 | |
| 6/13/2022 | 6/16/2022 | 3 | VRBO | Luann Gondocs | $867.98 | |
| 6/16/2022 | 6/19/2022 | 3 | Air BnB | Christi Deitz | $845.84 | |
| 6/20/2022 | 6/24/2022 | 4 | Air BnB | Jillin Cataldo | $1,087.37 | |
| 6/24/2022 | 6/26/2022 | 2 | VRBO | Sarah McGee | $593.93 | |
| 6/29/2022 | 7/2/2022 | 3 | Air BnB | Margarita Brown | $700.34 | |
| 7/2/2022 | 7/9/2022 | 7 | VRBO | Angela Vandergaw | $1,413.82 | |
| 7/10/2022 | 7/16/2022 | 6 | Air BnB | Beatriz Gonzalez | $1,352.18 | |
| 7/15/2022 | 7/17/2022 | 3 | Air BnB | Aimara Itriago | $743.02 | |
| 7/17/2022 | 7/27/2022 | 10 | Air BnB | Michelle Lesene-Des: | $2,609.30 | |
| 7/29/2022 | 8/1/2022 | 3 | VRBO | Yadzia Roa | $822.15 | |
| 8/4/2022 | 8/8/2022 | 4 | Air BnB | Jillin Cataldo | $1,087.37 | |
| 8/10/2022 | 8/12/2022 | 2 | Air BnB | Anastasia Condon | $315.25 | |
| 8/12/2022 | 8/14/2022 | 2 | Air BnB | Melissa Messulam | $315.25 | |
| 8/19/2022 | 8/21/2022 | 2 | Air BnB | Colin McDuffie | $557.75 | |
| 8/21/2022 | 8/23/2022 | 2 | Air BnB | Maryann Marinho | $557.75 | |
| 8/26/2022 | 8/29/2022 | 3 | Air BnB | Rhonda Jester | $776.00 | |
| 9/16/2022 | 9/18/2022 | 2 | Air BnB | Patrick Boyle | $507.31 | |
| 9/22/2022 | 9/25/2022 | 3 | Air BnB | Michelle Tharp | $991.34 | |
| | | | | | **$47,644.21** | **2022 Total Before Hurricane** |
| | | | | | | |
| 9/28/2022 | 11/30/2022 | 60 | Air BnB | Judith Gedris | $12,705.88 | Cancelled |
| 11/4/2022 | 11/4/2022 | 2 | Air BnB | Wendy Castle | $604.31 | Cancelled |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2023 | 11/18/2023 | 7 | Air BnB | Amber Adaskaveg | $2,175.71 | Cancelled |
| 11/21/2022 | 11/26/22 | 5 | VRBO | Jessica Cabezas | $1,695.00 | Cancelled |
| 12/16/2022 | 12/23/22 | 7 | VRBO | Butch Glander | $2,218.00 | Cancelled |
| 12/23/2022 | 12/26/22 | 3 | VRBO | Dinara Magadeeva | $1,022.00 | Cancelled |
| 12/26/2022 | 12/30/22 | 4 | VRBO | Rebekkah Hess | ▓▓▓ | Cancelled |
| 12/30/2022 | 1/2/23 | 3 | VRBO | Kevin Mierzwinski | $1,097.00 | Cancelled |
| 1/6/2023 | 1/8/2023 | 2 | Air BnB | Simon Morhaim | $628.56 | Cancelled |
| 1/9/2023 | 1/14/2023 | 5 | VRBO | Andy Laschen | $1,713.95 | Cancelled |
| 1/16/2023 | 1/21/2023 | 5 | VRBO | Michelle Szarzanowic | $1,782.69 | Cancelled |
| 1/24/2023 | 1/28/2023 | 4 | VRBO | Mike Markovich | $1,521.00 | Cancelled |
| 1/28/2023 | 2/4/2023 | 7 | VRBO | Steve Wells | $2,422.45 | Cancelled |
| 2/5/2023 | 2/8/2023 | 3 | VRBO | Jim Schnieder | $1,172.00 | Cancelled |
| 2/11/2023 | 3/18/2023 | 35 | VRBO | Fabienne Potestivo | $10,306.51 | Cancelled |
| | | | | | $42,298.74 | 2022 Cancellations After Hurr |

2

**BrickHOUSE INSPECTIONS**

1946 Tyler St
Hollywood, FL 33020
Tel. 305-614-2002
Service@brickhouseinspection.com

Client: Ashley Dellabitta
Address: 4827 Pine Island Rd NW, Matlacha, FL 33993
Claim: 02107345
Policy: DFS3940283

## SERVICE AUTHORIZATION CONTRACT & LETTER OF PROTECTION

**Agreement:** I, the Homeowner/Insured, and or its representative for the property located at the address listed above (hereinafter "Client"), authorize **BrickHouse Inspections, Inc.** (hereinafter "Service Provider") to enter my property, furnish materials, supply all equipment and perform all labor necessary to assess; preserve; repair; or protect my property from further damage. The services provided under this agreement are listed in all estimates and supplemental estimates which are full incorporated herein by reference. Client agrees to fully cooperate with insurance company and comply with all post-loss duties required by the subject policy of insurance. Client also accepts responsibility to protect any equipment left at the subject property for mitigation and remediation purposes.

**Direct Payment Authorization:** Client hereby irrevocably agrees to expressly instruct and direct its insurance carrier to make a separate and individual payment to be sent directly to Service Provider, or its representatives in exchange for the services rendered or to be rendered in the instant matter. Client also hereby instructs my insurance carrier to release any and all information requested by Service Provider its representative, or its Attorney solely for the direct purpose of obtaining actual benefits to be paid by my insurance carrier for services rendered or to be rendered.

**Payments, Terms and Interest:** If for any reason payment is made to the Owner/Agent by an insurer for the services provided by Service Provider under the instant contract, it shall be endorsed over to Service Provider within three (3) business days. Client agrees that any portion of work, deductibles, betterment, depreciation or additional work requested by the undersigned, not covered by insurance, must be paid by the undersigned on or before its completion. Client hereby appoints Service Provider as attorney in-fact, authorizing Service Provider to endorse Client's name, and to deposit insurance checks or drafts for Service Provider. Payment terms to Service Provider are net-30 days. In the event that legal or collection agency proceedings must be instituted to recover any amount due, Service Provider shall be entitled to recover the cost of collections, including, collection agencies, attorney's fee and courts, plus a finance charge of 1.5% per month applicable to all amounts due. Service Provider shall waive its payment terms, entitlement to finance charge and Service Provider lien rights should Client elect to contract a lawyer of Service Provider's choosing to institute litigation against Client's insurance carrier on Client's behalf for the recovery of insurance benefits related to the services rendered and/or their claim as a whole. Should Client choose this option the lawyer will represent Client directly.

**Letter of Protection:** Client hereby instructs its attorney or future attorney to hold Service Provider's invoices for collection and to pay said invoices from any insurance claim proceeds (Hereinafter "Proceeds") received from client's insurance claim and litigation relating to same. Client hereby agrees that this Letter of Protection ("LOP") shall constitute a lien upon any and all Proceeds received in connection with the insurance claim, and any right that Client may have to payment of the proceeds from the claim shall be subordinate to Service Provider's rights. Client hereby agrees that Service Provider shall be paid the full amount of its invoice from the Proceeds, on a first priority basis to any other Service Provider that has or will perform any services on the Client's property; and Client further provide full authority to Service Provider to file any necessary paperwork with the pertinent governmental authorities to perfect its interest and lien rights against my property in the event that Insurance Company fails to pay for the Services. Client hereby directs its attorney to make this LOP a part of my permanent legal file regarding the insurance claim, and to inform any other attorney that might become involved with the prosecution of the insurance, by reason of substitution of the law firm by another lawyer or law firm, of this LOP. I acknowledge I have received the mandatory provision required by Fla. Stat.§ 73.015 provided on the reverse side of this document.

**Stop Work-Hold Harmless:** In the event Service Provider is not allowed to perform its recommended remediation procedures and protocols for any reason beyond its control, Client agrees to release and hold Service Provider harmless, and indemnify Service Provider against all claims or actions that may result from such procedures.

Client has read and understand the information above and have received a copy for my records. This contract is intended to be legally binding and contains all of the terms and conditions between the parties.

Client Signature: *Ashley DellaBitta*
Ashley DellaBitta (Mar 13, 2023 14:52 EDT)

Client Name: Ashley DellaBitta

Date: _____

Client Signature: _____

Client Name: _____

ACCORDING TO FLORIDA CONSTRUCTION LIEN LAW (SECTION 713.001-731.37, FLORIDA STATUTES) THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE THE RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR SERVICE PROVIDER OR A SUBSERVICE PROVIDER FAILS TO PAY SUBSERVICE PROVIDERS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU PAID A SERVICE PROVIDER IN FULL. IF YOU FAIL TO PAY YOUR SERVICE PROVIDER, YOUR SERVICE PROVIDER MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED, YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR SERVICE PROVIDER OR SUBSERVICE PROVIDER MAY HAVE FAILED TO PAY. FLORIDA CONSTUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.



# MOLD TEST INVOICE

1946 Tyler St,
Hollywood, FL 33020
Phone 305-614-2001
Service@BrickHouseinspection.com
www.BrickHouseInspection.com

INVOICE # 6067
DATE: 3/19/2023

**TO:**
Nationwide Insurance

**FOR:**
Insured: Ashley Dellabitta
Address: 4827 Pine Island Rd NW, Matlacha, FL 33993
Policy Number: DFS3940283
Claim Number: ▓▓▓▓▓▓▓▓▓
D.O.L.: 9/28/2022

| DESCRIPTION | TOTAL |
|---|---|
| Mold Testing | $1,950.00 |
| | $250.00 |
| | |
| | |
| | |
| **SUB TOTAL** | **$2,200.00** |
| **TOTAL** | **$2,200.00** |

**Make all checks payable to**
BRICKHOUSE INSPECTIONS INC.
1946 Tyler St,
Hollywood, FL 33020

**THANK YOU FOR YOUR BUSINESS!**

*Samples Can be Air or Swab
*Additional samples will be billed separately at an additional charge
*service calls in excess of 30 Miles from our facilities will incur additional $250 trip fee
*In the event of a failed clearance BHI will perform 1 additional clearance report with 3 samples



| | Client: | Ashley Dellabitta |
|---|---|---|
| | Address: | 4827 Pine Island Rd Matlacha, Florida 33993 |
| | Claim: | 02107345 |
| | Policy: | DFS3940283 |

**BrickHouse Inspections**
1946 Tyler St
Hollywood, FL 33020
Tel: 305-614-2002
Email: Service@brickhouseinspection.com

## On Site Estimate

| Room 1: Bathroom 1 - Items | Price | Per | QTY | Days | Price |
|---|---|---|---|---|---|
| Content Manipulation (hr) | $44.00 | HR | 2 | | $88.00 |
| Containment Barrier/Airlock/Decon. Chamber | $1.21 | SF | 84.00 | | $101.64 |
| Containment Barrier Tension Post | $16.50 | EA | 1 | 5 | $16.50 |
| Dehumidifier Number of Days | $156.00 | EA | 1 | 5 | $780.00 |
| Negative air fan/Air scrubber Number of Days | $161.00 | EA | 1 | 5 | $805.00 |
| Air handler - with A-coil - Detach & reset QTY | $906.19 | EA | | | $0.00 |
| Surface Area Cleaned Sq Ft | $0.84 | SF | 80.00 | | $67.20 |
| HEPA Vacuuming - Detailed Sq Ft | $1.00 | SF | 262.74 | | $262.74 |
| Prime & Encapsulate Sq Ft | $0.60 | SF | 10 | | $6.00 |
| Apply Anti-microbial Agent to Floor | $0.32 | SF | 36.21 | | $11.59 |
| Deodorize building - Hot thermal fog - Cu Ft | $0.08 | CF | 282.44 | | $22.60 |
| Clean Floor Sq Ft | $0.46 | SF | 36.21 | | $16.66 |
| Cleaning Technician - Per Hour | $45.00 | HR | 1 | | $45.00 |
| Room 2: Kitchen - Items | Price | Per | QTY | Days | Price |
| Content Manipulation (hr) | $44.00 | HR | 2 | | $88.00 |
| Containment Barrier/Airlock/Decon. Chamber | $1.21 | SF | 252.00 | | $304.92 |
| Containment Barrier Tension Post | $16.50 | EA | 1 | 5 | $16.50 |
| Dehumidifier Number of Days | $156.00 | EA | 1 | 5 | $780.00 |
| Negative air fan/Air scrubber Number of Days | $161.00 | EA | 1 | 5 | $805.00 |
| Air handler - with A-coil - Detach & reset QTY | $906.19 | EA | | | $0.00 |
| Surface Area Cleaned Sq Ft | $0.84 | SF | 36.00 | | $30.24 |
| HEPA Vacuuming - Detailed Sq Ft | $1.00 | SF | 421.12 | | $421.12 |
| Prime & Encapsulate Sq Ft | $0.60 | SF | 10 | | $6.00 |
| Apply Anti-microbial Agent to Floor | $0.32 | SF | 76.80 | | $24.58 |
| Deodorize building - Hot thermal fog - Cu Ft | $0.08 | CF | 583.68 | | $46.69 |

| Item | Rate | Unit | Qty | Days | Total |
|---|---|---|---|---|---|
| Clean Floor Sq Ft | $0.46 | SF | 76.80 | | $35.33 |
| Cleaning Technician - Per Hour | $45.00 | HR | 1 | | $45.00 |
| Service Call - during business hours | $185.39 | HR | 1 | | $185.39 |
| Hazardous Waste/Mold Cleaning - Supervisory/Admin - Hours | $89.50 | HR | 4 | | $358.00 |
| Add for HEPA filter (for negative air exhaust fan) QTY | $197.01 | EA | 5 | | $985.05 |
| Equipment setup, take down, and monitoring - Hours | $65.00 | HR | 10 | | $650.00 |
| Equipment Decontamination Charge QTY | $38.19 | EA | 6 | | $229.14 |
| Personal Protective Equipment - Heavy duty QTY | $38.97 | EA | 12 | | $467.64 |
| Peel and Seal Zipper - Heavy Duty Qty | $17.97 | EA | 5 | | $89.85 |
| Respirator cartridge - HEPA & vapor & gas (per pair) | $33.74 | EA | 2 | | $67.48 |
| Respirator - Full face - multi-purpose resp. (per day) | $7.61 | EA | 6 | | $45.66 |
| Contamination - Mold Test | $1,950.00 | EA | 1 | | $1,950.00 |
| Contamination - Mold Test - Travel Fee | $250.00 | EA | | | $0.00 |
| Plastic Bag Qty | $3.59 | EA | 30 | | $107.70 |
| Haul debris - per pickup truck load - including dump fees | $172.29 | EA | 1 | | $172.29 |
| Multiple endorsement fee (This fee can be removed if check is issued with BHI as the only payee.) | {UCMEFee} | EA | {MEFee} | | {TCMEFee} |
| Floor protection | $0.46 | SF | 120.00 | | $55.20 |
| Furnace - heavy clean, replace filters and service - w/ AC | $359.93 | EA | 1 | | $359.93 |
| Neg. air fan/Air scrub. (per 24 hr period)-No monitor - Number of Days | $161.00 | EA | 1 | 5 | $805.00 |
| Hydroxyl generator - odor counteractant - 3 optics - Number of Days | $225.49 | EA | 1 | 5 | $1,127.45 |
| | | | | **GRAND TOTAL** | **$12,482.08** |

INSURED:

PRINT NAME:

DATE: 3/10/2023

Brickhouse Inspections: *Pacey Lipkind* (signature)

Print Name: Pacey Lipkind **On behalf of Brickhouse Inspections, INC**

Date: 3/10/2023